**Rodolfo REGOJO and Lorraine M. Manon, Plaintiffs–Appellants,**

v.

**BANC ONE MORTGAGE CORP., Defendant–Appellee.**

No. 01–1587.

United States Court of Appeals, Federal Circuit.

Sept. 26, 2001.

ON MOTION

LOURIE, Circuit Judge.

ORDER

Upon consideration of the unopposed motion of Rodolfo Regojo and Lorraine M. Manon to transfer this appeal to the United States Court of Appeals for the Fifth Circuit,

IT IS ORDERED THAT:

The motion is granted and the appeal is transferred pursuant to 28 U.S.C. § 1631.